**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Nancy Lynn Rogers
In Proper Person
798 East Farrell Road
Lafayette LA 70508

**REHEARING ACTION: March 26, 2014**

**Docket Number: 13   01301-CW**

**JARED DUNAHOE, ET UX**
**VERSUS**
**NANCY LYNN ROGERS**

**Writ Application from Natchitoches Parish Case No. C-85704-A**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nancy Lynn Rogers** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing.

cc: Otis Edwin Dunahoe, Jr., Counsel for  the Respondent